HERMAN HERMAN KATZ & COTLAR
L.L.P.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]
Mikalia M. Kott[5]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania
[5] Also Admitted in Colorado

May 2, 2012

**BY HAND**

The Honorable Sarah S. Vance-Chief Judge
United States District Court Eastern District of Louisiana
500 Poydras Street
Room C255
New Orleans, Louisiana 70130

RE:   *In re Pool Products Distribution Market Antitrust Litigation*, MDL No. 2328

Dear Chief Judge Vance:

We write in connection with Pre-Trial Order No. 1, issued by Your Honor on April 25, 2012, in the above-referenced matter.

On April 24, 2012, the day before, a Plaintiffs' case management meeting was held in New York. We attended, as did counsel representing plaintiffs in all of the cases now being consolidated before Your Honor, either in person or by phone. At this meeting, Plaintiffs' counsel agreed – with only one or two dissenting voices – to recommend to the Court that the undersigned be appointed as co-liaison counsel for Plaintiffs.

At the meeting, a supermajority of Plaintiffs' counsel also agreed – with one dissent from among those participating – to recommend to Your Honor that Ronald Aranoff of Bernstein Liebhard LLP, Hollis Salzman of Labaton Sucharow LLP and Robert Kaplan of Kaplan Fox & Kilsheimer LLP be appointed to serve as co-lead counsel for Plaintiffs. We believe that the same supermajority will support these firms to be members of or to co-chair a Plaintiffs' Steering Committee as contemplated by Your Honor's Order.

Respectfully submitted,

Russ Herman, Esq.
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: 504 581 4892

Camilo Salas III, Esq.
Salas & Co., LC
650 Poydras Street-Suite 2000
New Orleans, Louisiana 70130
Tel: 504 799-3080

cc: All Counsel of Record (via email)