UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2328

IN RE: POOL PRODUCTS
DISTRIBUTION MARKET ANTITRUST               SECTION: R(2)
LITIGATION

JUDGE VANCE
MAG. JUDGE
WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

PRETRIAL ORDER NO. 2

Pursuant to Pretrial Order #1 issued by this Court on April 25, 2012, counsel for the plaintiffs have conferred and presented to the Court the recommendation that Russ M. Herman and Camilo K. Salas, III be designated as Direct Purchaser Plaintiffs' Liaison Counsel. Thomas H. Brill seeks to be appointed Indirect Purchaser Plaintiffs' Liaison Counsel. The Court concludes that these individuals are well qualified to carry out the duties and responsibilities of liaison counsel. Accordingly, the Court hereby appoints Russ Herman and Camilo Salas as Direct Purchaser Plaintiffs' Co-Liaison Counsel, and Thomas Brill as Indirect Purchaser Plaintiffs' Liaison Counsel.

The responsibilities of Liaison Counsel on behalf of their respective groups shall be as follows:

(1) to serve as the recipient for all Court orders on behalf of the plaintiffs;

(2) to coordinate service and filings for the plaintiffs whether presently included or subsequently added;

(3) to maintain and distribute to co-counsel and to Defendants' Liaison Counsel an up-to-date service list;

(4) to receive and distribute pleadings, orders, and motions by overnight courier service and/or telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

(5) to coordinate the establishment of a document depository, real or virtual, to be available to all participating plaintiffs' counsel;

(6) to maintain and make available to all participating plaintiffs' counsel of record at reasonable hours a complete file of all documents served by or upon each party (except such documents as may be available at a document depository);

(7) to prepare agendas for court conferences and periodically report regarding the status of the case; and

(8) to carry out other such duties as the Court may order.

Liaison Counsel shall be entitled to seek reimbursement for costs expended at the time and in a manner approved by the Court.

New Orleans, Louisiana, this 29th day of May, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE