UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: POOL PRODUCTS
DISTRIBUTION MARKET ANTITRUST
LITIGATION

MDL No. 2328

SECTION: R(2)

JUDGE VANCE
MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER NO. 3

In response to Pretrial Order #1 issued on April 25, 2012, the Court has received a recommendation from Defendants that William B. Gaudet be appointed Defendants' Liaison Counsel.  The Court has reviewed the application and concludes that this applicant is well qualified to carry out the duties and responsibilities of the position.  Accordingly, the Court hereby appoints William Gaudet to be Defendants' Liaison Counsel.

The responsibilities of Defendants' Liaison Counsel shall be the following:

(1) to serve as the recipient for all Court orders on behalf of all of defendants;

(2) to coordinate service and filings for all defendants whether presently included or subsequently added;

(3)   to receive and distribute pleadings, orders, and motions by overnight courier service and/or telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

(4)   to draft agendas for court conferences and periodically report to the Court regarding the status of the case; and

(5)   to carry out other such duties as the Court may order.


New Orleans, Louisiana, this 29th day of May, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE