UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2328

IN RE: POOL PRODUCTS
DISTRIBUTION MARKET ANTITRUST          SECTION: R(2)
LITIGATION

JUDGE VANCE
MAG. JUDGE
WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

<u>ORDER</u>

The Court, having considered the motions, the record, the applicable law, the unopposed Findings and Recommendation[1] of the United States Magistrate Judge, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

IT IS ORDERED that the Ex Parte Motion of Special Master, Richard C. Stanley, for Payment of Fees and Expenses Incurred by the Special Master,[2] is hereby GRANTED and that the Special Master shall be paid $6,890.65 for the invoice from August 2014 to September 30, 2014.

IT IS FURTHER ORDERED that First NBC Bank, as Escrow Agent, disburse $6,890.65 to Stanley from the funds held in escrow for the settlement between the Indirect Purchaser Plaintiffs and Hayward Industries, Inc.

---

[1]     R. Doc. 600.

[2]     R. Doc. 490.

IT IS FURTHER ORDERED that the Ex Parte Motion of the Indirect Purchaser Plaintiffs' Settlement Class Counsel for Approval of Payment of Notice Administration Expenses,[3] is hereby GRANTED and that Angeion Group's proposed notice administration expenses in the amount of $144,144.00 are approved.

IT IS FURTHER ORDERED that First NBC Bank, as Escrow Agent, disburse $144,144.00 to Angeion Group from the Hayward Industries, Inc. and Zodiac Pool Systems, Inc., settlement funds held in escrow.


New Orleans, Louisiana, this ___13th___ day of March, 2015.


_____

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE

---

[3]     R. Doc. 567.